IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUTH BOGGS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-02-1119 |
| MERCK & CO., INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF EXTENSION OF TIME**

The parties hereto, by their undersigned counsel, hereby stipulate and agree that the Defendant shall have an extension of time until August 16, 2002 within which to file its reply/opposition to Plaintiff's Opposition to and Cross-Motion for Summary Judgment. Plaintiff will then have until September 6, 2002 within which to file any reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment.

_____
Beverly A. Wallace, Bar # 23479
Wallace & Dantes, LLC
29 W. Susquehanna Ave., Suite 200
Towson, Maryland 21204
(410) 296-5331

Attorneys for Plaintiff

_____
J. Snowden Stanley, Jr., Bar # 00059
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant

**ORDER**

The foregoing Stipulation is hereby approved.

August 6, 2002
Date

_____
Benson Everett Legg
United States District Judge

(B0279886.WPD;1)