IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUTH BOGGS** | : |
| | : |
| v. | :    CIVIL NO. L-02-1119 |
| | : |
| **MERCK & CO., INC.** | : |

**ORDER**

    Currently pending are cross-motions for summary judgment.  For the reasons stated in the Memorandum of even date, the Court hereby:

    (i)    GRANTS Defendant's Motion for Summary Judgment;

    (ii)    DENIES Plaintiff's Motion for Summary Judgment; and

    (iii)    DIRECTS the CLERK to CLOSE the CASE.

It is so ORDERED this __26th__ day of March, 2003.

                                                                          /s/
                                                  Benson Everett Legg
                                                  Chief Judge