IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUTH BOGGS | : | |
| | : | |
| vs. | : | Civil Action No. L-02-1119 |
| | : | |
| MERCK & CO, INC. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Ruth Boggs, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered in this case on March 26, 2003.

April 21, 2003

/s/ Beverly A. Wallace
BEVERLY A. WALLACE, ESQ.
Federal Bar # 23479
Wallace & Dantes, LLC
29 W. Susquehanna Ave.
Suite 200
Towson, MD 21204
410/296-5331

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 21st day of April, 2003 a copy of the foregoing Notice of Appeal was forwarded first class, postage pre-paid to J. Snowden Stanley, Jr., Semmes, Bowen & Semmes, 250 West Pratt Street, Baltimore, MD 21201 and by e-mail to same at jstanley@mail.semmes.com.

/s/ Beverly A. Wallace